IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 114-068 |
| | ) | |
| TYRONE A. MCDONALD | ) | |

**O R D E R**

Before the Court is the government's unopposed motion for reciprocal discovery, which seeks reciprocal discovery from Defendant under Rule 16(b) of the Federal Rules of Criminal Procedure, including a written summary of any evidence Defendant intends to offer under Fed. R. Evid. 702, 703, or 705. (Doc. no. 22.) The Court **GRANTS** the motion in light of its unopposed nature and its consistency with the aforementioned rules. Any requested information not yet furnished shall be provided to the government no later than February 2, 2015.

SO ORDERED this 30th day of January, 2015, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA