ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff-Appellee, | ) | |
| vs. | ) | USDC No. CR114-68-001 |
| TYRONE A. MCDONALD, | ) | USCA No. 15-11857 |
| Defendant-Appellant. | ) | |

ORDER

The mandate from the United States Court of Appeals for the Eleventh Circuit having been issued affirming the Defendant's conviction and sentence,

IT IS HEREBY ORDERED that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court. This Court's Judgment dated April 16, 2015, is final in all respects.

SO ORDERED, this 23rd day of June, 2016.

J. RANDAL HALL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA