IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA     *
                                                *
      v.                              *     CR 114-068
                                                *
TYRONE A. MCDONALD                *

O R D E R

On September 17, 2015, Defendant filed a motion to reduce his sentence pursuant to Amendment 782 to the United States Sentencing Guidelines, which implemented a two-level offense level reduction to a majority of the offense levels assigned to the drug quantities set forth in Section 2D1.1 of the Guidelines. U.S.S.G. App. C, amend. 782. This amendment took effect on November 1, 2014. Thus, Defendant, who was sentenced on April 15, 2015, already had the full benefit of the changes occasioned by Amendment 782. Accordingly, the motion to reduce (doc. no. 59) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this \_\_20th\_\_ day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA